IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY LEE WHEELER,

    Plaintiff,

v.                              5:14cv271–WS–GRJ

MICHAEL D. CREWS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 40) docketed October 26, 2015.  The magistrate judge recommends that the plaintiff's claims against William Churchwell, Corizon Health Corporation, and Dr. Nancy Ortiz be dismissed for failure to state a claim upon which relief may be granted.  The magistrate judge also recommends that the plaintiff's official capacity claims against the remaining defendants be dismissed for failure to state a claim.  The plaintiff has filed no objections to the report and recommendation.

Having reviewed the record, the court finds that the magistrate judge's

report and recommendation should be adopted.  Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 40) is hereby ADOPTED and incorporated by reference in this order.

    2.  The plaintiff's claims against William Churchwell, Corizon Health Corporation, and Dr. Nancy Ortiz are DISMISSED for failure to state a claim upon which relief may be granted.

    3.  The plaintiff's official capacity claims against the remaining defendants are DISMISSED for failure to state a claim upon which relief may be granted.

    4.  The clerk shall return the case to the magistrate judge for further proceedings as to the plaintiff's individual capacity Eighth Amendment claims against ARNP C. Davis, Dr. G. Ladele, and Nurse Rodriguez.

    DONE AND ORDERED this   30th   day of   November  , 2015.

                                    s/ William Stafford
                                    WILLIAM STAFFORD
                                    SENIOR UNITED STATES DISTRICT JUDGE