IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY LEE WHEELER,

    Plaintiff,

v.                                          5:14cv271–WS/CJK

ARNP C. DAVIS, et al.,

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation docketed August 5, 2016. See Doc. 97. The magistrate judge recommends that Dr. Ladele's motion for judgment on the pleadings (doc. 87) be granted. The magistrate judge also recommends that Jimmy Lee Wheeler's motion for partial summary judgment (doc. 92) and motion for temporary restraining order (doc. 93) be denied. Wheeler has filed objections (doc. 107) to the report and recommendation.

Having considered the report and recommendation in light of Wheeler's objections, the court finds that the magistrate judge's report and recommendation is

due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 97) is ADOPTED and incorporated by reference into this order.

2. Dr. Ladele's motion for judgment on the pleadings (doc. 87) is GRANTED. All claims against Dr. Ladele are accordingly DISMISSED WITHOUT PREJUDICE for failure to exhaust available administrative remedies.

3. Jimmy Lee Wheeler's motion for partial summary judgment (doc. 92) is DENIED.

4. Jimmy Lee Wheeler's motion for a temporary restraining order and preliminary injunction (doc. 93) is DENIED.

5. The clerk shall REMAND the case to the magistrate judge for further proceedings on Wheeler's remaining individual capacity claims.

DONE AND ORDERED this ___29th___ day of ___August___, 2016.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE