IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY LEE WHEELER,

    Plaintiff,

v.                                              5:14cv271–WS/CJK

ARNP C. DAVIS, et al.,

    Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 124) docketed September 20, 2016. The magistrate judge recommends that Nurse Julie Rodriguez's motion for judgment on the pleadings (doc. 99) be granted. Plaintiff has filed objections (doc. 131) to the report and recommendation.

Having considered the record in this case in light of Plaintiff's objections, the court finds that the magistrate judge's report and recommendation is due to be adopted. Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 124) is ADOPTED and incorporated by reference into this order.

2. Nurse Julie Rodriquez's motion for judgment on the pleadings (doc. 99) is GRANTED.

3. All claims against Nurse Julie Rodriquez are DISMISSED WITH PREJUDICE. The clerk shall note on the docket that Rodriquez has been terminated from this action.

4. The clerk shall REMAND the case to the magistrate judge for further proceedings.

DONE AND ORDERED this   14th   day of   October  , 2016.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE