IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JIMMY LEE WHEELER,

    Plaintiff,

v.                                                  5:14cv271–WS/CJK

ARNP C. DAVIS, et al.,

    Defendants.

_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND DIRECTING ENTRY OF JUDGMENT

Before the court is the magistrate judge's report and recommendation (doc. 146) docketed February 6, 2017. The magistrate judge recommends that Defendant Davis's motion for judgment on the pleadings be granted. The plaintiff, Jimmy Lee Wheeler, has filed objections (doc. 149) to the report and recommendation.

Having reviewed the record in light of Wheeler's objections, it is

ORDERED:

    1. The magistrate judge's report and recommendation (doc. 146) is ADOPTED and incorporated by reference into this order.

2. Defendant Davis's motion (doc. 138) for judgment on the pleadings is GRANTED.

3. All claims against Defendant Davis are DISMISSED WITHOUT PREJUDICE for failure to exhaust available administrative remedies.

4. Consistent with this order and orders dated November 30, 2015 (doc. 42), August 29, 2016 (doc. 116), and March 14, 2017 (doc. 150), the clerk shall enter judgment stating: "All claims against all Defendants are DISMISSED."

DONE AND ORDERED this   15th   day of    March   , 2017.

s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE